# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stephanie Mansfield,<br><br>Plaintiff,<br><br>v.<br><br>Commissioner of Social Security Administration,<br><br>Defendant. | No. CV-24-00182-TUC-AMM<br><br>**ORDER** |

On February 24, 2025, Magistrate Judge Bruce G. Macdonald issued a Report and Recommendation ("R&R") recommending this Court deny Plaintiff's Complaint and affirm the final decision of the Commissioner of Social Security. (Doc. 31.) Judge Macdonald notified the parties they had fourteen (14) days to file any written objections to the proposed findings and recommendation. (*Id.* at 16.) Neither party filed an objection, and the time to do so has now passed.

A district court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *see also* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."). "[T]he court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b), Advisory Committee Notes 1983 Addition.

The Court has reviewed Judge Macdonald's R&R, the parties' briefs, and the record.

1 | The Court finds no clear error.

2 |     Accordingly,

3 |     **IT IS ORDERED** that the Report and Recommendation is **ADOPTED.** (Doc. 31.)

4 |     **IT IS FURTHER ORDERED** that Plaintiff's Complaint is **denied** (Doc. 1) and the Commissioner's final decision is **affirmed**. The Clerk of Court shall enter judgment accordingly, term any pending motions, and close the file in this case.

    Dated this 13th day of March, 2025.

_____
Honorable Angela M. Martinez
United States District Judge